## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 2026-cv-3590

LUCINDA GARCIA, RQ (a minor) and
ALASIAH MURRAY

      Plaintiffs,

v.

SIXT RENT A CAR LLC, a Foreign
Limited Liability Company,

      Defendant.

---

### NOTICE OF REMOVAL

---

**TO:** The Clerk of the United States District Court for the District of Colorado:

**PLEASE TAKE NOTICE** that Defendant Sixt Rent A Car, LLC, by and through its attorneys, Resnick & Louis, P.C., hereby removes to this Court the state court action described below. As grounds for removal, Defendant states as follows:

1.     On July 4, 2026, Plaintiffs filed an action in the District Court for La Plata County, Colorado, entitled *Lucinda Garica, RQ (a minor) and Alasiah Murray v. Sixt Rent a Car, LLC*, Case Number 2026CV030112.

2.     On July 10, 2026, Plaintiff served Defendant with a copy of the Complaint, Civil Case Cover Sheet Summons, and Civil Cover Sheet, and Service occurred in the State of Colorado at 1501 NW 49th St., Fort Lauderdale, FL 33309. See Return of Service, copy attached as Exhibit A.

1

3.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2). Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441.

4.      This removal is based on diversity and the citizenship of the parties as follows:

    a. Plaintiffs Complaint alleges that they are residents and domiciliary of the State of Colorado. See Plaintiffs Complaint and Jury Demand, attached as Exhibit B, at ¶ 1 and 2.

        i.      Upon reasonable investigation, Plaintiff Lucinda Garcia is a resident of the State of Colorado, has Colorado Drivers License and resides in Adams County, Colorado.

        ii.      Upon reasonable investigation, Plaintiff AQ is the minor child of Plaintiff Lucinda Garcia and resides with her in Adams County, Colorado.

        iii.      Upon reasonable investigation, Plaintiff Alasiah Murray is a resident of the State of Colorado and registered to vote in Arapahoe County, Colorado.

    b. Defendant is a Delaware limited liability company with a principal place of business in Florida.

5.      Therefore, Defendant and Plaintiffs are not residents and domiciliaries of the same state. Further, Defendant is not a citizen of the State

of Colorado. As such, complete diversity exists in this matter pursuant to § 1332(a)(2).

6.      The amount in controversy exceeds $75,000.00 as Plaintiffs have stated they are seeking a monetary judgment for more than $100,000 against another party. *See* District Court Civil Case Cover Sheet, attached as Exhibit C (simplified procedure under C.R.C.P. 16.1 does not apply because a party is seeking a monetary judgment for more than $100,000) *see also Paros Properties LLC v. Colorado Casualty Ins. Co.,* 835 F.3d 1264, 1272 (10th Cir. 2016) (state district court civil cover sheet indicating suit sought more than $100,000 sufficient to put defendant on notice that amount in controversy exceeded $75,000).  Further, Plaintiff pleaded that C.R.C.P does not apply.  *See* Exhibit B at ¶ 9.

7.      This Notice has been filed within thirty days of Defendant's receipt of the Complaint and is, therefore, timely pursuant to 28 U.S.C. § 1446(b)(1).

8.      Sixt Rent A Car, LLC is the only defendant in this action, and therefore no other party's consent to removal is required pursuant to 28 U.S.C. § 1446(b)(2)(A).

9.      Pursuant to 28 U.S.C. §1446(a), a copy of all other process, pleadings and orders in the state court action are attached as follows:

> a. A copy of return of service upon Defendant is attached as Exhibit A.

b. A copy of Plaintiff's Complaint and attachments is attached as Exhibit B.

c. A copy of the Colorado Civil Coversheet is attached as Exhibit C.

d. A copy of Resnick & Louis, P.C.'s Entry of Appearance is attached as Exhibit D.

10. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal to Federal Court (attached hereto as Exhibit E) will be filed in the District Court of La Plata County, Colorado, as soon as this Notice of Removal has been filed in this Court. In addition, a Notice of Filing of Notice of Removal will be served on all parties as soon as this Notice of Removal has been filed in this Court.

11. Venue is proper because Plaintiffs' State Court Complaint was filed in this Court's District. *See* § 1441(a); 1446(a).

12. Pursuant to D.C.COLO.LCivR 81.1, the undersigned counsel attaches a current docket sheet (as Exhibit F) and certifies that there are no hearings set before the District Court of La Plata County, Colorado from which this case is removed, and all pleadings and process filed therein are attached hereto.

**WHEREFORE**, Defendant Sixt Rent A Car, LLC requests that this action now pending before the District Court, La Plata County, Colorado be removed to this Court.

4

Respectfully submitted this 7th day of August, 2026.

**RESNICK & LOUIS, P.C.**
*Attorneys for Sixt Rent A Car, LLC*

*/s/ Jeffrey M. Kolokoff*
Jeffrey M. Kolokoff, Esq.
7900 East Union Avenue, Suite 1100
Denver, Colorado 80237
Telephone and Facsimile: (303) 536-6879
Email:  jkolokoff@rlattorneys.com

5